# EXHIBIT 4

# Employment Guide
## Power Your Life

Vestas

Wind. It means the world to us.™

Vestas_000846

# Table of Contents

| | |
|---|---|
| **Welcome To Vestas** ................................................ **4** | **Employee Development** ........................................ **18** |
| We're Glad You've Joined the Vestas Team ............. 4 | Performance Reviews ............................................ 18 |
| How to Use This Guide ............................................. 4 | Promotion from Within .......................................... 18 |
| Get Answers, If You Have Questions ....................... 4 | Employee Education Program .............................. 18 |
| Report Concerns ....................................................... 4 | **Your Benefits** ........................................................ **20** |
| Policies May Change ................................................ 5 | Benefits Eligibility .................................................. 20 |
| This Guide Does Not Guarantee Employment ........ 5 | Health Care Plans ................................................... 20 |
| **Employment Practices** ............................................ **6** | Life Insurance ......................................................... 21 |
| Equal Employment Opportunities .......................... 6 | 401(k) Retirement Plan ......................................... 21 |
| Disability Accommodations .................................... 6 | Employee Assistance Program (EAP) .................. 21 |
| Religious Accommodations ..................................... 6 | **Your Pay** ................................................................. **22** |
| At-Will Employment ................................................. 6 | Timekeeping ........................................................... 22 |
| Voluntary Termination ............................................. 6 | Paydays .................................................................... 22 |
| Outside Employment ............................................... 7 | Vacation Pay ............................................................ 22 |
| Board/Community Involvement .............................. 7 | Holiday Pay .............................................................. 22 |
| Employment of Relatives ......................................... 7 | Employment Definitions ........................................ 23 |
| Privacy of Personal Information .............................. 7 | Sick Pay .................................................................... 25 |
| **Working Together** ................................................... **8** | Non-Exempt Travel Pay ......................................... 25 |
| Open Communication .............................................. 8 | Employment Classifications ................................. 25 |
| Ethical Standards ...................................................... 8 | **Leaves of Absence** ................................................ **26** |
| Conflicts of Interest .................................................. 8 | Overview .................................................................. 26 |
| Gifts and Entertainment .......................................... 9 | Family and Medical Leaves ................................... 26 |
| Confidential Information ......................................... 9 | Personal Leave ........................................................ 28 |
| Public Statements ..................................................... 9 | Bereavement Leave ............................................... 29 |
| Intellectual Property and Inventions ................... 10 | Jury Duty and Time Off for Voting ....................... 29 |
| Anti-Harassment and Anti-Discrimination .......... 11 | Military Leave ......................................................... 29 |
| Workplace Violence Prevention ............................ 11 | Domestic Violence Leave ...................................... 29 |
| Drug- and Alcohol-Free Workplace ...................... 12 | **Using Vestas Technology** .................................... **30** |
| Drug and Alcohol Testing ...................................... 12 | Communication Systems ...................................... 30 |
| Security Inspections .............................................. 13 | Internet Access and Use/Social Media ............... 30 |
| **Your Job At Vestas** ................................................ **14** | Unauthorized Content ........................................... 31 |
| On-the-Job Conduct .............................................. 14 | Management's Right to Access Information ..... 31 |
| Common Courtesy .................................................. 14 | Computer Software and Hardware ..................... 32 |
| Attendance and Punctuality ................................. 14 | Personal Use of Business Systems ...................... 32 |
| SBU Only: Work Hours for Field-Based Employees .... 15 | **Workplace Safety** ................................................. **34** |
| Breaks and Meal Periods ....................................... 15 | Safety Standards .................................................... 34 |
| Personal Appearance ............................................. 16 | Use of Equipment and Vehicles ........................... 34 |
| Personal Electronics .............................................. 16 | Inclement Weather ................................................ 34 |
| Company Property ................................................. 17 | **Conflict Resolution Form** .................................... **35** |
| Charitable Requests/Solicitation .......................... 17 | **Employee Acknowledgement Form** .................. **37** |
| Company Credit Cards ........................................... 17 | |
| Personal Information ............................................. 17 | |

# Welcome To Vestas

**WE'RE GLAD YOU'VE JOINED THE VESTAS TEAM**
**Your contributions will help our company succeed.**

Vestas has a strong reputation for the excellent performance of our wind turbines. Every employee plays an important role in maintaining our reputation by bringing our principles and standards to life every day as they perform their jobs, including our vision and mission:

- Our vision is to see wind power become as important a power source as fossil fuels—we will lead the industry toward this goal.
- The Vestas' mission states that "Failure is not an option."

This Employment Guide is for all U.S.-based Vestas Employees. It will help you understand Vestas' expectations and how to respond to day-to-day situations at work, especially when there are many possible courses of action.

Our company's reputation is now in your hands—and in the hands of everyone who works here. Each team member's personal dedication to excellence is what makes Vestas stand out from its competitors. Our commitment to outstanding quality in everything we do makes Vestas a great place to work, to learn and to belong.

Vestas appreciates the choice you've made to join our global team. Welcome!

**HOW TO USE THIS GUIDE**
**Read it, keep it and refer to it when you need information.**

Vestas provides this Employment Guide to help you get off to a good start and be successful in your job. All new employees are asked to read, understand and follow the guidelines in this Employment Guide. Please submit your response to the electronic acknowledgement sent to you via email or if you do not have access to the email notice, sign the Employee Acknowledgement Form at the back of this guide, and then submit the form to People & Culture.

After you've read it, please keep this guide in a safe place so you can refer to it later, when you want to get information or to review a specific policy.

"Failure is not an option." —Vestas' Mission

**GET ANSWERS, IF YOU HAVE QUESTIONS**
**When in doubt, ask for help.**

This Employment Guide is the best place to begin looking for answers to employment-related questions; however, you may have questions that the guide does not answer. You can always refer to Vestas' Intranet for additional information.

However, if you're uncertain about a policy or the company's standards, please seek advice. Here's where to get answers or discuss issues:

- Talk to your manager.
- Contact People & Culture (see contact information on Vestas' Intranet).

Managers are responsible for training employees on company standards and providing clear expectations regarding workplace conduct. In addition, managers and company leaders are expected to demonstrate these policies and standards for all employees.

**REPORT CONCERNS**
**Speak up to protect your co-workers and our company.**

Everyone should promptly report any problems, concerns or potential or actual violation of company policies as described in this Employment Guide. Vestas does not tolerate inappropriate behavior by employees, customers or suppliers, and will quickly investigate all reports and take appropriate action.

- Usually the first person with whom you should share your concerns is your manager.
- You may also report your concerns to People & Culture (see contact information on Vestas' Intranet).
- Follow the Code of Conduct (see guidelines on Vestas' Intranet) if you have knowledge of or suspect critical conditions or activities that may be in conflict with Vestas' policies, legal requirements or conditions that may harm Vestas' financial position or reputation.
- Vestas will not retaliate against you (or allow anyone else to do so) for reporting a concern.

By helping to enforce our company's policies, all of us at Vestas can work together to build a rewarding, safe and productive work environment. (See also: Anti-Harassment and Anti-Discrimination policy, page 11.)

Vestas_000848

## POLICIES MAY CHANGE
### Vestas policies may change from time to time.

This Employment Guide is the primary document that describes Vestas' policies and procedures. It revokes and supersedes any prior summaries or statements of employment policies and procedures.

Vestas expects to revise and update this Employment Guide from time to time without advance notice. The company will advise employees of changes, additions or deletions in policies and procedures covered in this guide by communicating them in writing.

## THIS GUIDE DOES NOT GUARANTEE EMPLOYMENT
### Vestas' Employment Guide is not a contract of employment.

This Employment Guide is not a contract of employment. All employment with Vestas is "at will," which means that Vestas or the employee may terminate the employment relationship at any time, with or without cause, and with or without notice.

In addition, employees may be demoted, their job duties may be changed, or their benefits altered at any time, with or without cause, and with or without notice. (See also: At-Will Employment policy, page 6.)

Reference in this Employment Guide to "disciplinary action" includes all disciplinary action that Vestas may impose, up to and including termination.



06/11

5

# Employment Practices

## EQUAL EMPLOYMENT OPPORTUNITIES
**You can expect fair and inclusive employment practices from Vestas.**

Vestas has an Equal Employment Opportunity policy for applicants and employees. Vestas does not discriminate against an applicant or employee due to his or her race, color, religion, pregnancy, physical or mental disability, ethnic or national origin, age, gender, creed, military service or veteran status, ancestry, medical condition (including genetic characteristics), sexual orientation, or any other characteristic protected by federal or state law or local ordinance.

Here are some of the actions expected of you:

- If you are a member of management, you are responsible for ensuring that all employees follow Vestas' Equal Employment Opportunity policy.
- All employees are responsible for ensuring that, by their personal actions, Vestas' abides by the Equal Employment Opportunity policy.

## DISABILITY ACCOMMODATIONS
**Vestas is committed to helping those with disabilities enjoy work opportunities.**

Vestas will provide reasonable accommodations for disabled applicants and employees, as long as the employee can otherwise safely perform the essential functions of the position, and provided that the accommodations do not impose an undue hardship on Vestas.

Here are some of the actions expected of you:

- Talk with your manager or People & Culture if you need accommodations to the work environment or the way your job is usually done.
- If required, provide documentation to support your request.

## RELIGIOUS ACCOMMODATIONS
**Vestas will make every effort to honor your religious needs.**

Vestas will attempt to provide a reasonable accommodation for religious beliefs and practices of the employee, if to do so does not impose an undue hardship on the employee's department, or interfere with the employee's ability to perform the essential functions of his or her position.

Here are some of the actions expected of you:

- Talk with your manager or People & Culture to request a religious accommodation, for example to take leave for religious observances, allow for a time and/or place to pray, or wear religious garments.
- If required, provide documentation to support your request.

## AT-WILL EMPLOYMENT
**Your employment relationship with Vestas is "at-will."**

All employment with Vestas is at-will. "At-will" employment means that you are free to voluntarily quit your employment at Vestas, and Vestas similarly is free to terminate your employment at any time, with or without notice, and for any or no reason.

Consistent with this policy, Vestas reserves the right to impose discipline at any level, demote, transfer, assign or modify job duties, or otherwise alter the terms and conditions of your employment at any time, with or without notice, and for any or no reason, in its sole discretion.

Any agreement contrary to this policy must be in writing and must be signed by the Sales Business Unit President, Production Business Unit Vice President or General Manager of the affected employee.

Here are some of the actions expected of you:

- Understand that your employment is at-will.
- Understand that this Employment Guide does not constitute either an expressed or implied contract of employment.
- Be aware that no manager, supervisor, employee or other representative of Vestas has the authority to enter into any agreement for employment for any specified period of time, or to make any representation or enter into any agreement, either oral or written, contrary to the foregoing statement regarding at-will employment.

## VOLUNTARY TERMINATION
**You have the right to quit your job at any time.**

Vestas will consider you to have voluntarily terminated your employment if you do any of the following:

- Resign from your employment with Vestas either in writing or by your conduct.
- Fail to return from an approved leave of absence on the date specified.
- Fail to report to work or call in for two or more consecutive workdays.

## OUTSIDE EMPLOYMENT
**Other jobs must not conflict with Vestas' business or interfere with your position.**

Employees are expected to dedicate their full efforts to their employment at Vestas. However, you may have another job outside of Vestas, with manager approval and as long as it does not violate of any of the company's policies, including the Conflict of Interest policy, and you continue to meet the performance standards of your job with Vestas.

Here are some of the actions expected of you:

- Notify your manager if you intend to obtain or have obtained outside employment. Failure to do so could result in disciplinary action.
- Understand that Vestas will schedule employees according to its business needs, regardless of any existing outside work commitments.
- Be aware that Vestas will evaluate all employees by the same performance standards, regardless of outside work responsibilities.
- If Vestas determines that your outside work interferes with your work performance or ability to meet the requirements of your job, you may be asked to terminate the outside employment if you wish to remain employed with Vestas.

## BOARD/COMMUNITY INVOLVEMENT

Employees must inform their managers of any position they hold on boards, associations, or similar community groups that might impact or have influence on Vestas' business or that might otherwise appear as a conflict of interest.

For purposes of clarity, this may include but is not limited to position of wind association boards or planning boards that have the authority to regulate or otherwise take actions that impact wind parks.

## EMPLOYMENT OF RELATIVES
**Unless there is a conflict of interest, you can work with family members.**

In many cases, it's fine for you to be related to a co-worker or to have another close relationship with another employee. Exceptions occur when a work relationship makes it difficult for you to use good judgment, maintain your objectivity, or place your responsibility to the company ahead of your personal relationship.

Vestas will not employ immediate family members when employing a family member would:

- Create a situation where one family member has influence over management decisions that impact the other.
- Create a supervisor/subordinate relationship with a family member.
- Create either an actual conflict of interest or the appearance of a conflict of interest.

Here are some of the actions expected of you:

- Follow this policy for hiring, assigning, transferring or promoting an employee.
- Understand that "immediate family members" include mother, father, husband, same-sex domestic partner, wife, son, daughter, sister, brother, mother-in-law, father-in-law, sister-in-law, brother-in-law, son-in-law, daughter-in-law, and stepchild. This policy also applies to close personal relationships.
- If you marry or begin a close personal relationship with a co-worker, your employment may continue as long as it does not conflict with this policy. If there is a conflict, Vestas will determine which employee to transfer to avoid the conflict or if such transfer cannot be accommodated, which employee must leave employment.
- If you are unsure whether a conflict exists, consult with management immediately.

## PRIVACY OF PERSONAL INFORMATION
**Vestas keeps your personal information confidential.**

Vestas maintains personnel files for each employee. Generally, Vestas will not reveal any information from your file to anyone inside or outside of the company unless a request is:

- Accompanied with your written authorization
- In response to a subpoena, court order or order of an administrative agency
- In response to a government agency as part of an investigation by that agency of Vestas' compliance with applicable laws
- Regarding a lawsuit in which Vestas is involved
- Required to administer employee benefits plans (to the extent necessary)
- Required for internal personnel management
- From a health care provider, as required
- From first aid or safety personnel, as required
- Otherwise required by applicable law

Here are some of the actions expected of you:

- You may request to inspect the contents of your file, except for letters of reference, and certain other limited kinds of information, at reasonable times and at reasonable intervals. Contact People & Culture if you wish to review your file.
- You may make copies of certain documents in your file. We reserve the right to charge for copies in certain circumstances.
- Know that Vestas will respond to reference checks you request by only confirming your dates of employment and position(s) held. Verification of wages for financial related purposes must be authorized by you in writing. Only People & Culture is authorized to respond to reference check inquiries.

Vestas_000851

# Working Together

### OPEN COMMUNICATION
**Discuss concerns directly with your manager.**

When everyone deals with concerns openly and directly with those involved, communications are clear and the work environment remains positive. Vestas requires all members of management to respond quickly and objectively to employee concerns without fear of retribution.

If your informal attempts at discussing issues do not result in resolution, you may speak with a People & Culture representative. Here's how this process works:

**Step 1: Talk with your manager.**

Before you contact People & Culture, discuss the issue with your supervisor and/or team lead to make every attempt to work together to resolve the problem. (If your supervisor is the subject of your grievance, skip this step and speak with a People & Culture representative.)

**Step 2: File a formal complaint and meet with People & Culture.**

If you cannot resolve the issue by discussing it with your manager, make a formal complaint in writing (or complete the Conflict Resolution form in the back of this Guide) and submit it to People & Culture.

You will then meet with People & Culture to discuss your complaint and work together to resolve the issue.

**Step 3: Discuss further options to reach a resolution (if necessary).**

If an agreement cannot be reached to resolve the problem to your satisfaction, the final step is to meet with People & Culture to determine a course of action that everyone involved will be required to follow.

### ETHICAL STANDARDS
**Perform your work in a legal, ethical and honest manner.**

All of us at Vestas are committed to conducting business with the highest ethical standards. After all, doing the right thing and acting with integrity are two of the driving forces behind Vestas' success.

Everyone is expected to perform his or her work-related duties and activities in a legal, ethical and honest manner. When you are faced with an ethical decision, Vestas' Global Code of Conduct can help you respond with integrity. If you are uncertain of the best course of action, talk with your manager or People & Culture to determine the best response to the situation.

Here are some of the actions expected of you:

- Maintain a professional attitude in fulfilling your work responsibilities.
- Avoid any risk of becoming entangled in compromising situations.

Vestas takes ethical compliance very seriously. Unethical behavior, intentional or unintentional, may result in disciplinary action.

### CONFLICTS OF INTEREST
**Report personal interests that could affect your ability to be fair and objective.**

A conflict of interest may occur when outside activities or personal interests interfere (or appear to interfere) with your ability to objectively perform your job or to act in the best interests of Vestas.

Conflicts of interest include any activities or agreements that could be in conflict with Vestas' interests or that could interfere with your ability to make unbiased, objective business decisions. Conflicts may include outside employment, business investments, or employment of relatives of Vestas employees or our customers, suppliers or competitors.

If you are not certain whether there is a conflict of interest, discuss it with your manager or People & Culture.

Here are some of the actions expected of you:

- Avoid any circumstances that may create a conflict of interest or even the appearance of a conflict.
- Inform your manager or People & Culture of a conflict of interest or potential conflict of interest.
- Report situations that could potentially have an adverse impact on work performance.
- Report any actual, potential or perceived conflicts of interest to your manager.

By discussing and reporting any potential conflicts of interest, you will have the opportunity to take appropriate action to eliminate actual conflicts. However, intentionally concealing a conflict or unknowingly participating in a conflict is just cause for disciplinary action.

## ANTI-HARASSMENT AND ANTI-DISCRIMINATION
**We do not tolerate harassment or discrimination of any kind at work.**

Everyone has the right to work in an environment that is free from harassment and discrimination. Vestas will not tolerate harassment or discrimination of employees by managers, supervisors, co-workers or third parties.

Vestas prohibits harassment or discrimination based on sex, pregnancy, childbirth or related medical conditions, race, color, religion, national origin, ancestry, age, physical disability, mental disability, medical condition, genetic information, marital status, sexual orientation, family care leave status, veteran status, and any other bases under federal, state, or local law.

Harassment includes verbal, physical and visual conduct that creates an intimidating, offensive or hostile working environment or that interferes with work performance. Conduct is considered harassment when any of the following apply:

- Submission to the conduct is made either an explicit or an implicit condition of employment.
- Submission to or rejection of the conduct is used as the basis for an employment decision.
- The harassment significantly interferes with an employee's work performance or creates an intimidating, hostile or offensive work environment.

Harassment can take many forms and includes, but is not limited to, slurs, jokes, statements, gestures, pictures or cartoons regarding anyone's sex, race, color, national origin, religion, age, physical disability, mental disability, medical condition, ancestry, marital status, sexual orientation, family care leave status or veteran status.

Sexual harassment in particular includes all of these prohibited actions as well as other unwelcome conduct such as requests for sexual favors, conversation containing sexual comments, inappropriate touching and unwelcome sexual advances.

**Reporting harassment or discrimination**

- You are required to promptly report harassment or discrimination to your manager, if you feel you have been harassed or discriminated against, or you witness someone else being harassed or discriminated against.
- Report harassment or discrimination to People & Culture if you do not feel comfortable discussing this issue with your manager. (You are not required to report harassment or discrimination to your manager if that is who is engaging in the harassment or discrimination.)
- Managers who receive reports of (or observe) harassing or discriminatory conduct must inform People & Culture immediately.

Every report of harassment or discrimination will be investigated thoroughly, promptly and in as confidential a manner as reasonably possible. If Vestas determines in its sole discretion that harassment or discrimination has occurred, disciplinary action will be taken.

**Retaliation prohibited**

Vestas will not tolerate retaliation against any employee for cooperating in an investigation or for reporting harassment or discrimination in good faith. Employees who violate this policy will be subject to disciplinary action.

## WORKPLACE VIOLENCE PREVENTION
**Everyone has the right to a safe work environment.**

Vestas is committed to maintaining a safe work environment that is free from intimidation, harassment or any threats of violence.

The company will not tolerate any conduct that threatens, intimidates or coerces an employee, a customer or any member of the public at any time, including off-duty periods. This prohibition includes all acts of harassment, including harassment that is not based on a characteristic protected by federal, state or local law. (See also: Anti-Harassment and Anti-Discrimination policy on this page.)

Here are some of the actions expected of you:

- Make every attempt to settle disputes and differences with other employees. Ask your manager or People & Culture to help resolve the situation before it escalates into potential violence. Vestas will not discipline any employee for raising concerns in good faith.
- Promptly report all threats of violence or suspicious individuals or activities to any manager or People & Culture. Be as specific and detailed as possible in your description of what you observed.

Vestas will promptly and thoroughly investigate all reports of violation of this policy and will protect, as much as practicable, the identity of the employee(s) making the report. In order to maintain workplace safety and the integrity of its investigation, Vestas may suspend employees, either with or without pay, pending investigation.

If Vestas' investigation determines that an employee is responsible for threats of violence or any other conduct that is in violation of these guidelines, the employee will be subject disciplinary action.

Vestas_000853

## DRUG- AND ALCOHOL-FREE WORKPLACE
**Vestas prohibits drugs and alcohol anytime, anywhere business is conducted.**

Vestas prohibits the unlawful possession, use, or distribution of illicit drugs and/or alcohol on company worksites at any time or by employees conducting company business at any time, in any location.

This policy helps to maintain a safe, healthful and efficient working environment for everyone and protects the company's property, equipment and operations, and the public at large. Vestas reserves the right to search and inspect an employee's work area and personal belongings to maintain a safe workplace.

Here are some of the actions expected of you:

- Employees may not use, sell, distribute or possess illegal drugs, including any drug illegal under any law, or controlled substances, during working hours or on Vestas or Company property or while using Vestas equipment or vehicles. Employees may not report to work under the influence of a controlled substance.
- Employees may not consume alcohol during working hours or report to work under the influence of alcohol. Employees may not possess open containers of alcoholic beverages in company vehicles and equipment, around the worksite or on company property, or while conducting business on behalf of Vestas.
  - The only exception to this rule is when alcohol is being consumed as part of an approved company social function. In such an event, employees must ensure that they act reasonably and responsibly and at no time become intoxicated or otherwise consume excessive amounts of alcohol.
  - Sales/Service Business Unit Only: Employees working at a project or service site should use caution when consuming alcohol outside of work hours. Vestas will not reimburse any employees working at a project or service site for the cost of alcohol purchased while assigned to or visiting the site, regardless of their job classification or if they are there on a temporary or full-time basis.
- Employees must notify their manager the earliest of immediately or the next working day no later than within two days of any conviction related to violating any state and/or federal statute relating to the use, production, possession, processing, manufacturing, selling, disposition, transportation or importation of any illicit or controlled substances, or alcohol. Employees whose position requires them to drive a vehicle must notify their manager within five days of any restriction, revocation or suspension of their license.
- Employees may appropriately use prescription drugs prescribed by a health care provider or over-the-counter medications, provided they can satisfactorily and safely perform all of the essential functions of their job while using the medication.



Vestas may require an employee to see a health care provider at Vestas' expense, to confirm whether the employee can satisfactorily and/or safely perform the essential functions of the job while using the medication. Vestas requires employees to disclose use of prescription drugs to their manager that may impact their ability to safely perform the essential functions of their position.

- Employees must comply with Vestas' drug testing program as a condition of employment. Refusal to take a required drug test or failure of a drug test will result in disciplinary action. Refusal to test includes, but is not limited to, adulteration or substitution of a urine sample.
- Employees who work off premises are subject to the same Drug- and Alcohol-Free Workplace policy as other employees.

Employees who violate any aspect of this policy may be subject disciplinary action, up to and including termination, and referral for prosecution for any violations of the law.

Vestas may reasonably accommodate any employee who wishes to voluntarily enter and participate in a drug or alcohol rehabilitation program, in accordance with all applicable laws. Rehabilitation, however, is not a substitute for discipline.

## DRUG AND ALCOHOL TESTING
All Vestas employees are subject to drug and alcohol testing when there is reasonable cause to suspect violation of company policy or anytime a work-related accident occurs. Employees may also be chosen randomly for testing.

### Reasonable suspicion

- Employees may be required to submit to a drug or alcohol test when there is a reasonable suspicion that they have violated the Drug- and Alcohol-Free Workplace policy, or are under the influence of drugs, including illegal drugs, prescription drugs for which the employee does not have a prescription or prescription drugs that are not being taken in accordance with a health care provider's direction, and/or alcohol while working, on Vestas' property or while operating Vestas' vehicles, machinery or equipment.
- "Reasonable suspicion" means suspicion based on specific personal observations that a Vestas manager or supervisor

Vestas_000854

can describe concerning the appearance, behavior, speech or odor of the employee.

- When reasonable suspicion exists, Vestas will transport the employee to the specimen collection site. After specimen collection is completed, the employee will be transported to his/her residence at Vestas' expense.

**Post-accident**

- All employees involved with a work-related accident may be required to submit to a drug or alcohol test. This includes employees who sustain a work-related personal injury, cause another employee to sustain a work-related personal injury, cause a work-related accident, or employees who were operating or helping to operate machinery, equipment or vehicles involved in a work-related accident that results in an injury.

- An employee who is subject to post-accident testing who fails to remain readily available for such testing, including notifying Vestas of his/her location if he/she leaves the scene of the accident prior to submission to such test, may be considered by Vestas to have refused to submit to testing.

- If there is suspicion of alcohol involvement, the employee may be required to submit to an alcohol test within two hours of the accident.

An employee has the right to refuse to submit to drug and alcohol testing; however, refusal by an employee to submit to such a test will result in disciplinary action up to and including termination. Refusal to test includes, but is not limited to, adulteration or substitution of a test sample.

**Drug testing procedures**

A health care provider acting as a Medical Review Officer (MRO) will review all positive controlled substance test results before they are reported to Vestas.

- If the testing laboratory reports a positive result to the MRO, the MRO will contact the affected employee (in person or by telephone) and conduct an interview to determine if there is an alternative medical explanation for the controlled substance found in the employee's results.

- Employees will be given an opportunity to discuss the use of medically authorized drugs and any over-the counter drugs with the MRO prior to any positive test result being reported to Vestas.

- If the affected employee provides appropriate documentation and the MRO determines that legitimate medical reason for the presence of the controlled substance exists, the controlled substance test result shall be reported as negative to Vestas.

In the event of positive test results, Vestas shall inform the employee of the positive test result and the employee's right to request an additional test of the same specimen at a different certified laboratory at his or her own expense.

The employee must notify Vestas of his/her intention to obtain the additional test within 24 hours after notice of the positive test result. The employee will be suspended without pay pending the result of the additional test.

In the event of a positive test result on the additional test, the employee will be disciplined, up to and including termination of employment. In the event of a negative test result, Vestas shall pay for the additional testing and any lost wages based on the employee's regular work schedule.

**SBU Only: Random Drug Testing**

As allowed by applicable law, all Vestas American Wind Technology employees and Vestas Wind Systems employees performing work for VAME, are subject to random drug testing at any time during the course of employment. Vestas complies with state drug testing laws where applicable.

Employees have the right to refuse to submit to random testing; however, refusal will result in disciplinary action. Refusal to test includes, but not limited to adulteration or substitution of a test sample.

## SECURITY INSPECTIONS
**Illegal drugs, alcohol or weapons are prohibited at work.**

Vestas will conduct security inspections in order to maintain a work environment that is free of illegal drugs, alcohol, weapons or other improper materials. To this end, the company prohibits the control, possession, transfer, sale or use of such materials on its premises with limited exceptions only as mandated by law in relation to lawful gun possession.

Employees should not expect privacy in their workspace, including desks and lockers. Security inspections may be conducted on any package (including purses, bags, briefcases, backpacks, etc.) and person entering and/or leaving the premises.

Here are some of the actions expected of you:

- Do not bring prohibited items onto the company's premises.
- Be prepared to submit to random security inspections with or without reasonable suspicion of possession of prohibited items.
- Employees must accommodate the inspection of desks, lockers and other storage devices by any agent or representative of the company at any time, either with or without prior notice.
- Understand that Vestas may inspect not only desks and lockers, but also packages and persons entering and/or leaving the premises.

Vestas will confiscate prohibited items and conduct an investigation regarding any items found in an employee's possession. Employees who violate any company policies are subject to disciplinary action and referral for prosecution for violating the law.

Vestas_000855

# Your Job At Vestas

## ON-THE-JOB CONDUCT
**Do your job with integrity, in keeping with company values.**

When everyone follows the policies and guidelines described throughout this Employment Guide, we all enjoy a professional, productive and safe work environment. In short, Vestas expects employees to act in a reasonable way that reflects our company's values—with honesty, integrity and for the common good.

While it is not possible to list every situation you may encounter on the job, this Employment Guide provides guidelines you can apply in most cases. However, if you have questions about the best response, please discuss them with your manager or contact People & Culture.

Here are some examples of the actions expected of you:

- Fulfill your job duties to your manager's and supervisor's satisfaction.
- Perform work instructions as directed by your supervisor or other authority.
- Attend work on time as scheduled; do not incur excessive or unauthorized absences.
- Behave in a professional manner; boisterous or disruptive activity is not acceptable.
- Uphold all safety standards and policies.
- Protect company property; do not steal, abuse or use it without authorization.
- Maintain accurate records; do not falsify information, results or reports.
- Comply with the Drug- and Alcohol-Free Workplace policy.
- Follow the Anti-Harassment and Anti-Discrimination policy; Vestas will not tolerate harassment, intimidation, violence or discrimination that violates its policies and/or federal, state or local law. Vestas does not tolerate retaliation of any kind for filing a complaint or participating in an investigation regarding harassment, discrimination or retaliation.
- Keep weapons, explosives and other dangerous materials off company and customer worksites and property.
- Advise Vestas immediately if your driver's license is revoked, restricted or suspended.
- Operate vehicles properly in the performance of your job duties; becoming disqualified to operate a vehicle (by the insurance company or vehicle leaser) is not acceptable.

While it is not possible to list every situation you may encounter, behavior that is not in keeping with company expectations is unacceptable and could lead to disciplinary action.

In keeping with Vestas' At-Will Employment policy (see also the Employment Practices section of this Guide), management will determine the appropriate level of discipline for employees who fail to meet Vestas' performance and behavior expectations on a case-by-case basis in its sole discretion.

## COMMON COURTESY
**Treat everyone with respect.**

In all situations, be respectful toward others, treating co-workers, customers, suppliers and any other people whom you come in contact with at work in a courteous manner.

Here are some of the actions expected of you:

- Greet customers or members of the public on the phone and in person in a cordial and positive manner.
- Treat all individuals at work or on company premises with respect.
- Provide prompt and courteous service to all customers and co-workers.
- Respond to voice mails and emails in a timely manner, within 24 hours, if possible.

## ATTENDANCE AND PUNCTUALITY
**Be reliable and on time in reporting to work.**

Your work team depends on you to fulfill your job as scheduled; missing work or being late affects others and your team's ability to achieve work goals and meet deadlines. It is vitally important that everyone arrive at work on time and ready to do his/her job.

Make every attempt to schedule health care provider visits, school conferences and other personal activities outside normal working hours. When that is not possible, work with your manager to request time off when it is least disruptive to your department.

When illness or emergencies happen, call your manager and explain the situation (only leaving a message is unacceptable) as soon as you know you will be late or absent.

Vestas_000856

Our company's reputation is in your hands—and in the hands of everyone who works here. Each team member's personal dedication to excellence is what makes Vestas stand out from its competitors.

Here are some of the actions expected of you:

- Report to work on time for your scheduled shift.
- Return to work on time after your lunch and breaks.
- Schedule all medical and personal appointments outside normal working hours, if possible.
- Tell your manager, before the beginning of your shift, if you will be late or absent. (Tell your manager and Vestas' Compensation & Rewards Department if you will be absent for reasons related to a pre-approved leave.)

Employees who are excessively absent (as determined by Vestas) or late are subject to disciplinary action, including termination of employment. Missing two or more consecutive days of work (without a valid reason) is considered job abandonment.

### SBU ONLY: WORK HOURS FOR FIELD-BASED EMPLOYEES
**Be safe and maintain work/life balance.**

Working excessive hours can compromise your work performance, job safety and your work/life balance. Direct supervisors will monitor hours and job demands, ensuring that employees do not exceed reasonable hours, and as a result, jeopardize mental alertness, job safety or personal responsibilities. Employees and managers will comply with all local laws and regulations for the current work location.

Here are some of the actions expected of you:

- If you feel your hours compromise your work performance or have an adverse impact, discuss it with your supervisor.
- Ensure that you stay within the **maximum allowable average:** 48 hours/week over a three-month period, not to exceed 12 hours/day. This may be too high for extreme working or personal situations; it is not intended to be a "default" level.
- Your manager is responsible for challenging the safety appropriateness of working extended hours.
- If additional work time is required, you must obtain documented approval prior to working the additional hours, based on your position as shown below.

### BREAKS AND MEAL PERIODS
**Everyone must take work breaks in keeping with legal guidelines.**

Rest periods and meal periods give everyone a short break from work to rest. Breaks are essential to maintaining a safe work environment where everyone is alert and physically prepared to do their jobs.

During breaks, non-exempt employees should not have any work responsibilities (such as answering phones, preparing paperwork, etc.). Non-exempt employees must take breaks as required by applicable state law. See your immediate supervisor for the breaks and meal period requirements in your state.

Here are some of the actions expected of you:

- Non-exempt employees must take rest periods approximately halfway through the first and second halves of the work shift, depending on operational needs.
- Non-exempt employees must take meal periods as close to mid-shift as possible.

For non-exempt employees, meal and rest periods cannot be waived (unless allowed by law), combined or used to allow an employee to come in late or leave early from work.

# Leaves of Absence

## OVERVIEW
**Vestas helps you balance work and life.**

Vestas recognizes that certain life events, such as your need to care for yourself or a family member because of illness, injury or pregnancy, the birth or adoption of a new family member, or being called to active military duty are significant events that may require time off of work.

In these situations, Vestas supports your need to balance your work and your life by allowing you to take time off using different types of leaves of absence.

Each type of leave functions differently; and must be administered according to applicable state and federal laws. Please talk with People & Culture about the type of leave that is best for your situation.

Here are some of the actions expected of you:

- Discuss requests for leaves of absence with your manager as far in advance as possible.
- Communicate with your manager during your leave regarding changes about your leave or your expected return date, and confirm your return date before you go back to work.
- If your leave expires and you do not return to work, Vestas will generally consider it a voluntary resignation.
- Be aware that you will not accrue Vacation Pay or Sick Pay, unless otherwise required by law, and you will not be eligible for Holiday Pay, during a leave of absence.
- Understand that a leave of absence may affect your benefit coverage and eligibility; contact People & Culture to find out how a particular type of leave may affect you.

## FAMILY AND MEDICAL LEAVES
**You can take time off to recuperate or to care for a family member.**

In general, under the federal Family and Medical Leave Act (FMLA), eligible employees are permitted to take up to 480 hours or 12 weeks of unpaid, job-protected leave to eligible employees for the following reasons:

- For incapacity due to pregnancy, prenatal medical care or childbirth
- To care for the employee's child after birth, or placement for adoption or foster care (must be taken within 12 months of the birth, adoption or placement; if Vestas employs both parents, they are allowed a combined total of 12 work weeks of unpaid leave)
- To care for the serious health condition of a family member, as defined under the applicable federal and state laws
- For your own serious health condition

### Definition of Serious Health Condition

Under FMLA, a "serious health condition" is an illness, impairment or physical or mental condition that involves either an overnight stay in medical care facility, or continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job, or prevents the qualified family member from participating in school or other daily activities.

Subject to certain conditions, the continuing treatment requirement may be met by:

- A period of incapacity of more than three consecutive calendar days combined with at least two visits to a health care provider, or
- One visit and a regimen of continuing treatment, or
- Incapacity due to pregnancy, or
- Incapacity due to a chronic condition, or
- Other conditions may meet the definition of continuing treatment

The following is not intended to be an exhaustive list of all types of leave allowed by state or federal law. If you have questions about those types of leave consult with your manager or People & Culture.



Vestas_000858



### Eligibility Requirements

To be eligible for FMLA Leave, you must have been employed by Vestas for at least 12 months, worked 1,250 hours or more in the last 12 months and worked at a location where there are more than 50 employees in a 75-mile radius. Vestas complies with state and federal leave laws where applicable.

### Military Family Leave Entitlement

Eligible employees with a spouse, son, daughter, or parent on active duty or call to active duty status in the National Guard or Reserves in support of a contingency operation may use their 12-week FMLA leave entitlement to address certain qualifying needs, such as:

- Attending certain military events
- Arranging for alternative childcare
- Addressing certain financial and legal arrangements
- Attending certain counseling sessions
- Attending post-deployment reintegration briefings

FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered service member during a single 12-month period. A covered service member is a current member of the Armed Forces, including a member of the National Guard or Reserves, who has a serious injury or illness incurred in the line of duty on active duty that may render the service member medically unfit to perform his or her duties for which the service member is:

- Undergoing medical treatment, recuperation, or therapy, or
- In outpatient status, or
- On the temporary disability retired list

### Benefits and Protections

During FMLA leave, you will not lose any benefits that you have already accrued, but you will not accrue further benefits during periods of unpaid leave. Vestas will continue to pay the company's contribution toward your health insurance premium for a predetermined time as specified within the policy. You may be responsible for arranging self-payment in advance of your leave for health insurance and any other coverage. If you do not return at the end of the leave, you may be required to repay Vestas for the health insurance premiums paid during your leave.

Employees will be required to use accrued Vacation Pay or Sick Pay while on FMLA or other protected family and medical leave, as allowed by law.

### Return to Work

When you return from FMLA leave, you are entitled to return to the same position you held when the leave began or to an equivalent position, with equivalent benefits and pay, unless the position would have been eliminated, had the employee not been on leave.

### Use of Leave

Except for leave to care for a newborn child, or newly adopted or foster child, an employee does not need to use leave in one block. Leave can be taken intermittently or on a reduced leave schedule when medically necessary or for qualifying needs. Employees must make reasonable efforts to schedule leave for planned medical treatment to minimize disruption to normal operations.

Here are some of the actions expected of you:

- Give at least 30 days written notice before the date you plan to begin Family and Medical Leave, if possible. Provide the reason for the leave and the dates of your expected absence.
- Give notice as soon as possible if the need for Family and Medical Leave is unexpected.
- You must provide health care provider certification (and possibly recertification), as well as second/third opinions and fitness for duty reports/releases, in accordance with FMLA and other protected family and medical leave, as allowed by law.
- During Family and Medical Leave, Vestas may take disciplinary action, if information is uncovered during the leave which would have normally resulted in discipline had you been actively working.

Family and Medical Leave will be administered according to FMLA, the regulations interpreting it and any applicable state laws.

### PERSONAL LEAVE
**Personal Leave will be approved when possible.**

Any eligible employee may request unpaid time off from work for up to 30 consecutive days within a 12-month period to pursue personal interests or care for personal needs. Personal Leave will be granted based on management's sole discretion and will depend on the employee's work record, the company's staffing needs and the reason for the leave of absence.



After one year of continuous employment, you are eligible to apply for unpaid Personal Leave. However, Vestas does not guarantee that your request will be granted or that your position will be held for you, nor are you guaranteed an equivalent position when you return from Personal Leave.

Here are some of the actions expected of you:

- Request a Personal Leave in writing; submit this request to your manager as soon as you know you need a leave.
- You must use any unused Vacation and you will not earn Vacation or Sick Pay while you are on unpaid Personal Leave.
- Be aware that your insurance coverage (health, dental, life, etc.) may terminate at the end of the month in which Personal Leave begins. Talk with People & Culture to find out if you may continue your coverage during a Personal Leave, and arrange to prepay your premiums each month.
- You may apply for an open position at the end of your Personal Leave.
- Your employment will be terminated if you do not return from Personal Leave as scheduled, if you are not hired for an open position, or if there is no opening for which you are qualified to apply.

Please note that, unlike Family and Medical Leave, FMLA regulations (or other leave laws governed by federal and state law or local ordinances) do not apply to Personal Leave.

Unless specifically authorized by Vestas' Business Unit President, an employee is prohibited from seeking and holding outside employment while on Personal Leave.

Vestas_000860